UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00046 |
| | ) | JUDGE CAMPBELL |
| STEPHEN MCLAUGHLIN | ) | |

ORDER

Pending before the Court is Defendant's Motion To Excuse Defendant's Appearance (Docket No. 33). Through the Motion, the Defendant requests that he be excused from attending the Pretrial Conference, currently set for January 28, 2013.

The Motion is DENIED. In order to accommodate the Defendant's need to travel to this District, however, the Court CONTINUES the Pretrial Conference until February 1, 2013, at 9:00 a.m.

The Court expresses great concern that counsel have failed to comply with the Court's deadlines for filing proposed case-specific jury instructions and verdict forms. At the pretrial conference, counsel for both parties shall be prepared to explain why they have failed to comply timely with the clear Order of the Court entered on June 12, 2012 (Docket No. 28). The Court will extend the deadline for filing these materials until January 28, 2013.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE