UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:11-0046 |
| | ) | Judge Campbell/Bryant |
| STEPHEN McLAUGHLIN, | ) | |

## O R D E R

The undersigned Magistrate Judge has previously entered an order (Docket Entry No. 35) directing the United States Marshals Service to provide non-custodial transportation to the Defendant in order to attend a pretrial conference scheduled for January 28, 2013.

It appears from the record that the District Judge has rescheduled the subject pretrial conference to February 1, 2013, at 9:00 a.m. (Docket Entry No. 34). In view of this change in the date of Defendant's pretrial conference, the previously entered order regarding provision of non-custodial transportation is amended to reflect that such transportation be provided by the United States Marshals Service in order to secure Defendant's appearance in court on the new date of February 1, 2013.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge