UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00046 |
| | ) | JUDGE CAMPBELL |
| STEPHEN MCLAUGHLIN | ) | |

<u>ORDER</u>

Pending before the Court is the Government's Motion For The Issuance Of an Order Supplementing The Record With Trial Exhibits (Docket No. 81). Through the Motion, the Government requests that the record on appeal be supplemented with the following trial exhibits: Government Exhibits 1A, 1B, 1D, 1F, 2A, 2H, 2L, 2N, 2-O, 3A, 3B, 3E, 4A, 4K, 5, 6A, 6B, and 7; and Defense Exhibits 8, 9, and 1A through 1H. The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE