UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00046 |
| | ) | JUDGE CAMPBELL |
| STEPHEN McLAUGHLIN | ) | |

ORDER

The Court is in receipt of the mandate in this case from the Sixth Circuit. The Court will hold a status conference on August 4, 2014, at 3:30 p.m. The Defendant shall be present at the status conference unless he waives his presence in writing.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE