UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal Case No. 3:11-CR-00046 |
| v. ) | |
| ) | Judge Todd J. Campbell |
| STEPHEN McLAUGHLIN ) | |

## **ORDER**

The Order of Forfeiture issued on February 8, 2013, (*Docket Entry* 52) and the Order of Forfeiture issued on May 13, 2013 (*Docket Entry* 69) are hereby vacated based on the Joint Motion by the Parties.

The Judgment (*Docket Entry* 70) is hereby amended to reflect that the Orders of Forfeiture have been vacated.

IT IS SO ORDERED this day of _____, 2014.

_____
TODD J. CAMPBELL
United States District Judge